# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) <br> ) <br> **Christopher Myers,** ) <br> Debtor ) <br> _____ ) <br> ) <br> **Christopher Myers,** ) <br> Debtor ) <br> - vs. ) <br> ) <br> **Timothy Orman,** ) <br> Interested Party) <br> _____ ) | Case No. 14-20200-7-JMK <br><br><br><br><br> Contested Matter |

## APPLICATION FOR ORDER TO SHOW CAUSE FOR DAMAGES AND ATTORNEY FEES UNDER 11 U.S.C. §362(k)

**COMES NOW** Debtor, by and through his attorney, Jonathan C. Becker, and moves the Court to enter an Order to show cause why Interested Party Timothy Orman should not be held in contempt for violations of the automatic stay of 11 USC §362(a)(l) and (a)(3). In support hereof, Debtor states and alleges as follows:

1. Debtors filed a voluntary petition on January 31, 2014 under 11 USC 301 and 701 et seq. (Doc. 1).

2. This Court has jurisdiction under 28 USC § 157(b)(2)(A) as this is a core proceeding regarding matters concerning the administration of the estate. In the event the court determines this is not a core proceeding, the Debtor consents to the Court making findings of fact and conclusions of law and submitting them to the

United States District Court for the District of Kansas. In the event that this matter is converted from a contested matter to an adversary proceeding, Debtor consent to this court entering a final judgment if found to be a core proceeding or if not found to be a core proceeding, then the entry of findings of fact and conclusions of law to be submitted to the United States District Court for the District of Kansas.

    3.    By operation of law, upon the Filing of the Voluntary Petition, (Doc. 1), the automatic stay of 11 U.S.C. §362(a) became effective as to all entities, including Interested Party Timothy Orman.

    4.    At the time of filing, Interested Party had possession of property of the estate, which may or may not be exempt.[1]

    4.    The list of property of the estate in the possession of the Interested Party is disclosed in Exhibit A, (Doc. 4).

    5.    Additionally, a brown leather ottoman, and a large floor standing Mission style lamp were delivered to the Interested Party for repair and have never been returned to Debtor.

    6.    Despite written demand, Interested Party refuses to turn

---

[1] Debtor does not raise herein any claims or defenses as to the exemption of property held by the interested and reserves the determination of such exemptions to a later date. The Chapter 7 Trustee, Eric Rajala has preserved any objections by continuing the 341 hearing and by written notice to Debtor's counsel of no waiver of his claims on behalf of the estate or objections to exemptions of the debtor. The only issue herein is whether the property in the possession of the Interested Party is property of the estate.

over the property to Debtor or to the Chapter 7 Trustee.

7. The continued possession of property of the estate by Interested Party is a continuing violation of 11 USC §362(a)(1) and (a)(3).

8. The continued possession of property of the estate by Interested Party has been willful and intentional violations of the automatic stay.

9. The continued possession of property of the estate by Interested Party warrants the imposition of actual damages and attorney fees pursuant to 11 USC §362(k).

10. The continued possession of property of the estate by Interested Party warrants sanctions sufficient to deter them from future repeated violations of the automatic stay.

**WHEREFORE** Debtor moves the Court for the following Orders:

1. An Order to Show Cause why the Interested Party named herein should not be held in contempt;

2. An Order to turn over property of the debtor forthwith;

3. An Order for actual damages and attorney fees;

4. An order for sanctions sufficient to deter future repeated violations; and

5. For any other orders the Court deems just and

necessary.

                **JONATHAN C. BECKER**
                **ATTORNEY AT LAW, P.A.**

By: /s/ Jonathan C. Becker
Jonathan C. Becker, 13983
3120 Mesa Way, Suite B
Lawrence, KS 66049-4203
785-842-0900
785-371-0952 (Fax)
jayhawkattorney@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 March 2014 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system. Additionally, on 28 March 2014 a true and correct copy of the above and foregoing was deposited in the U.S. Mail, postage prepaid to Timothy Orman, 15205 Metcalf, Overland Park, KS 66223.

                /s/ Jonathan C. Becker
                Jonathan C. Becker