**SO ORDERED.**

**SIGNED this 28th day of April, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

Christopher Blake Myers   )  Case No. 14-20220-7 JMK

Debtor(s)

### AGREED ORDER GRANTING EXTENSION OF TIME TO THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

**THIS MATTER** comes on for hearing the Motion of the United States Trustee for Extension of Time to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727. The Debtor appears by and through his counsel, Jonathon Becker. The United States Trustee appears by and through Joseph A DiPiero. There are no other appearances.

**WHEREFORE**, after hearing statements of counsel and review of the file, the Court finds the FRBp 4004(a) deadline for the United States Trustee to file a complaint under to file an 11 U.S.C. § 727 shall be extended 60 days to June 27, 2014, pursuant to FRBP 4004(b) and 9006(b)(3).

**IT IS SO ORDERED.**

###

SUBMITTED BY:

RICHARD A. WIELAND
United States Trustee

BY s/ *Joseph A. DiPietro*
Joseph A. DiPietro
Trial Attorney
Office of the United States Trustee
301 North Main, Suite 1150
Wichita, Kansas 67202
joseph.a.dipietro@usdoj.gov
tel: 316-269-6214
fax: 316-269-6182
Kan. Fed. Bar. No. AR98004

APPROVED BY:

/s/ *Jonathan Becker*
Jonathan Becker #13983
Debtor's Attorney
3120 Mesa Way  Ste B
Lawrence, KS   66049-4203
jayhawkattorney@gmail.com
Tel: 785-842-0900
Fax: 785-842-0952