**SO ORDERED.**

**SIGNED this 3rd day of June, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHRISTOPHER B. MYERS | ) Case No. 14-20220 |
| | ) |
| DEBTOR. | ) |

### ORDER EXTENDING TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE AND/OR FOR DETERMINATION OF DISCHARGEABILITY

THIS MATTER comes on for consideration of the Motion of Cornerstone Bank to extend the time to file a Complaint Objecting to Discharge and/or for Determination of Dischargeability. After being considered by the Court, and being duly advised in the premises, the Court finds and orders as follows:

The Court finds that Cornerstone Bank filed its Motion to Extend Time to File a Complaint Objecting to Discharge and/or for Determination of Dischargeability before expiration of the time fixed for filing said complaints; that the time to object to Cornerstone Bank's Motion was May 15, 2014 and no objection was filed.

Creditor Cornerstone Bank has shown good cause for an extension of this time period.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Cornerstone Bank has up to and including June 28, 2014 to file a Complaint Objecting to the Discharge of the

Debtor and/or for Determination of Dischargeability.

    IT IS SO ORDERED, ADJUDGED AND DECREED.

###

Submitted by:

**COHEN McNEILE & PAPPAS, P.C.**


/s/ Susan P. DeCoursey_____
Gregory J. Pappas      # 11993
Susan P. DeCoursey      # 16272
4601 College, Suite 200
Leawood, Kansas 66211
PH: (913) 491-4050 / FX: (913) 491-3059
ATTORNEYS FOR CORNERSTONE BANK